IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LULA CHEATHAM o/b/o
ANDREW CHEATHAM III                                                   PLAINTIFF

      v.           Civil No. 05-4025

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                               DEFENDANT

## **JUDGMENT**

Comes now the Court on this 3rd day of May, 2006, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of the Social Security Administration is affirmed and the plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED.

                                        /s/ Bobby E. Shepherd
                                     HONORABLE BOBBY E. SHEPHERD
                                     UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**